## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Laura Romo, et al.

v.                                                    Case Number: 4:25−cv−00508

Spring Branch Independent School
District, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Christina A Bryan

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/7/2026

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Settlement Conference

Date: May 6, 2026

Nathan Ochsner, Clerk
by M. Morgan, Deputy Clerk